UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>  Plaintiff,<br>- vs -<br><br>THOMPSON BEVERAGES, INC., *et al.*,<br><br>  Defendants. | CASE NO.: 4:23-cv-00030-ALM |

## AGREED FINAL JUDGMENT

Having been informed that Plaintiff JOE HAND PROMOTIONS, INC. and Defendants THOMPSON BEVERAGES, INC., d/b/a CANUCKS, JEANNINE D. HARTER, and SCOTT B. HARTER wish to enter into an Agreed Final Judgment in this case, the Court grants Plaintiff and Defendants' request to enter final judgment, as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That final judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, THOMPSON BEVERAGES, INC., d/b/a CANUCKS, JEANNINE D. HARTER, and SCOTT B. HARTER; and

2. That Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $5,000.00; and

3. That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $15,000.00; and

4.  The Court hereby awards to Plaintiff and against Defendants, jointly and severally, post-judgment interest on the amounts awarded herein at an annual rate of 5.23% from the date of a final judgment in this case until paid.

5.  This judgment is a final judgment in this case.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 30th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

APPROVED, AGREED TO, & ENTRY REQUESTED:

DATED: 6/27/23   BY: _____
                     JOE HAND PROMOTIONS, INC.
                     By: Joseph P. Hand, III, President

DATED: _____   BY: _____
                     THOMPSON BEVERAGES, INC.
                     By: Jeannine D. Harter
                     Duly authorized to bind corporation

DATED: _____   BY: _____
                     JEANNINE D. HARTER
                     Individually

DATED: _____   BY: _____
                     SCOTT A. HARTER
                     Individually